**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7209**

JABBAR STRAWS,

  Plaintiff - Appellant,

  v.

MS. ALEXANDER; MS. C. AMASON; MS. NOLIN,

  Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Timothy M. Cain, District Judge.  (5:17-cv-02899-TMC)

Submitted:  February 27, 2019                    Decided:  March 6, 2019

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jabbar Jomo Straws, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge in part and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. Alexander*, No. 5:17-cv-02899-TMC (D.S.C. Sept. 12, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*